United States District Court
District of Connecticut
Exhibits Log: 3:19-cr-00299-KAD USA v. Parks

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-001 | Physical Exhibit Placeholders |
| Gov-002 | Physical Exhibit Placeholders |
| Gov-003 | Physical Exhibit Placeholders |
| Gov-004 | Physical Exhibit Placeholders |
| Gov-005 | Physical Exhibit Placeholders |
| Gov-006 | Physical Exhibit Placeholders |
| Gov-007 | Physical Exhibit Placeholders |
| Gov-008 | Physical Exhibit Placeholders |
| Gov-009 | Physical Exhibit Placeholders |
| Gov-010 | Physical Exhibit Placeholders |
| Gov-011 | Physical Exhibit Placeholders |
| Gov-012 | Physical Exhibit Placeholders |
| Gov-013 | Physical Exhibit Placeholders |
| Gov-014 | Physical Exhibit Placeholders |
| Gov-015 | Physical Exhibit Placeholders |
| Gov-016 | Physical Exhibit Placeholders |
| Gov-017 | Physical Exhibit Placeholders |
| Gov-018 | Physical Exhibit Placeholders |
| Gov-019 | Physical Exhibit Placeholders |
| Gov-020 | Physical Exhibit Placeholders |
| Gov-022 | Physical Exhibit Placeholders |
| Gov-023 | Physical Exhibit Placeholders |
| Gov-024 | Physical Exhibit Placeholders |
| Gov-025 | Physical Exhibit Placeholders |
| Gov-026 | Physical Exhibit Placeholders |
| Gov-027 | Physical Exhibit Placeholders |
| Gov-028 | Physical Exhibit Placeholders |
| Gov-029 | Physical Exhibit Placeholders |
| Gov-030 | Physical Exhibit Placeholders |
| Gov-031 | Physical Exhibit Placeholders |
| Gov-032 | Physical Exhibit Placeholders |
| Gov-033 | Physical Exhibit Placeholders |
| Gov-034 | Physical Exhibit Placeholder |
| Gov-035 | Physical Exhibit Placeholders |
| Gov-036 | Physical Exhibit Placeholders |
| Gov-037 | Physical Exhibit Placeholders |
| Gov-038 | Physical Exhibit Placeholders |
| Gov-039 | Physical Exhibit Placeholders |
| Gov-040 | Physical Exhibit Placeholders |
| Gov-042 | Physical Exhibit Placeholders |

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-046 | Physical Exhibit Placeholders |
| Gov-047 | Physical Exhibit Placeholders |
| Gov-049 | Physical Exhibit Placeholders |
| Gov-053 | Physical Exhibit Placeholders |
| Gov-054 | Physical Exhibit Placeholders |
| Gov-056 | Physical Exhibit Placeholders |
| Gov-058 | Physical Exhibit Placeholders |
| Gov-059 | Physical Exhibit Placeholders |
| Gov-060 | Physical Exhibit Placeholders |
| Gov-062 | Physical Exhibit Placeholders |
| Gov-063 | Physical Exhibit Placeholders |
| Gov-064 | Physical Exhibit Placeholders |
| Gov-066 | Physical Exhibit Placeholders |
| Gov-067 | Physical Exhibit Placeholders |
| Gov-068 | Physical Exhibit Placeholders |
| Gov-069 | Physical Exhibit Placeholders |
| Gov-070 | Physical Exhibit Placeholders |
| Gov-071 | Physical Exhibit Placeholders |
| Gov-072 | Physical Exhibit Placeholders |
| Gov-074 | Physical Exhibit Placeholders |
| Gov-075 | Physical Exhibit Placeholders |
| Gov-076 | Physical Exhibit Placeholders |
| Gov-077 | Physical Exhibit Placeholders |
| Gov-078 | Physical Exhibit Placeholders |
| Gov-081 | Physical Exhibit Placeholders |
| Gov-082 | Physical Exhibit Placeholders |
| Gov-100 | MAXIMA PHOTO_IMG_4312 |
| Gov-101 | MAXIMA PHOTO_IMG_4313 |
| Gov-102 | MAXIMA PHOTO_IMG_4315 |
| Gov-103 | MAXIMA PHOTO_IMG_4318 |
| Gov-104 | MAXIMA PHOTO_IMG_4320 |
| Gov-105 | MAXIMA PHOTO_IMG_4322 |
| Gov-106 | MAXIMA PHOTO_IMG_4323 |
| Gov-107 | MAXIMA PHOTO_IMG_4324 |
| Gov-108 | MAXIMA PHOTO_IMG_4327 |
| Gov-109 | MAXIMA PHOTO_IMG_4383 |
| Gov-110 | MAXIMA PHOTO_IMG_4405 |
| Gov-111 | MAXIMA PHOTO_IMG_4408 |
| Gov-113 | MAXIMA PROCESS CAR PHOTO_IMG_4535 |
| Gov-114 | MAXIMA PROCESS CAR PHOTO_IMG_4537 |
| Gov-115 | MAXIMA PROCESS CAR PHOTO_IMG_4545 |
| Gov-116 | MAXIMA PROCESS CAR PHOTO_IMG_4549 |
| Gov-117 | MAXIMA PROCESS CAR PHOTO_IMG_4550 |
| Gov-118 | MAXIMA PROCESS CAR PHOTO_IMG_4557 |

| EXHIBIT | DESCRIPTION |
| --- | --- |
| Gov-119 | MAXIMA PROCESS CAR PHOTO_IMG_4559 |
| Gov-120 | MAXIMA REAR SEAT PHOTO_IMG_4479 |
| Gov-121 | PRINTS PHOTO_IMG_4409 |
| Gov-122 | PRINTS PHOTO_IMG_4412 |
| Gov-123 | PRINTS PHOTO_IMG_4414 |
| Gov-124 | PRINTS PHOTO_IMG_4417 |
| Gov-125 | PRINTS PHOTO_IMG_4419 |
| Gov-126 | PRINTS PHOTO_IMG_4429 |
| Gov-127 | PRINTS PHOTO_IMG_4433 |
| Gov-128 | PRINTS PHOTO_IMG_4593 |
| Gov-129 | PRINTS PHOTO_IMG_4602 |
| Gov-130 | DASHBOARD PHOTO_IMG_4488 |
| Gov-131 | CONNOR PHOTO_IMG_4442 |
| Gov-134 | CONNOR PHOTO_IMG_4470 |
| Gov-135 | CONNOR PHOTO_IMG_4503 |
| Gov-136 | LAWRENCE PHOTO_IMG_4459 |
| Gov-137 | LAWRENCE PHOTO_IMG_4476 |
| Gov-138 | LAWRENCE PHOTO_IMG_4508 |
| Gov-140 | JETTA PROCESS CAR PHOTO_IMG_4749 |
| Gov-141 | MAXIMA PROCESS CAR PHOTO_IMG_4591 |
| Gov-142 | MAXIMA PROCESS CAR PHOTO_IMG_4576 |
| Gov-143 | JETTA PROCESS CAR PHOTO_IMG_4769 |
| Gov-144 | JETTA PROCESS CAR PHOTO_IMG_4775.pdf |
| Gov-145 | JETTA PROCESS CAR PHOTO_IMG_4776 |
| Gov-146 | JETTA PROCESS CAR PHOTO_IMG_4779 |
| Gov-147 | JETTA PROCESS CAR PHOTO_IMG_4780 |
| Gov-148 | JETTA PROCESS CAR PHOTO_IMG_4785 |
| Gov-149 | JETTA PROCESS CAR_IMG_4777 |
| Gov-150 | CIGARETTE BUTT PHOTO_IMG_4386 |
| Gov-156 | CONNOR AUTOPSY PHOTO_1500046447 001 |
| Gov-157 | CONNOR AUTOPSY PHOTO_1500046447 007 |
| Gov-158 | CONNOR AUTOPSY PHOTO_1500046447 008 |
| Gov-159 | CONNOR AUTOPSY PHOTO_1500046447 012 |
| Gov-160 | CONNOR AUTOPSY PHOTO_1500046447 014 |
| Gov-163 | LAWRENCE AUTOPSY PHOTO_1500046447 017 |
| Gov-164 | LAWRENCE AUTOPSY PHOTO_1500046447 018 |
| Gov-165 | LAWRENCE AUTOPSY PHOTO_1500046447 024 |
| Gov-166 | LAWRENCE AUTOPSY PHOTO_1500046447 027 |
| Gov-167 | LAWRENCE AUTOPSY PHOTO_1500046447 028 |
| Gov-168 | LAWRENCE AUTOPSY PHOTO_1500046447 029 |
| Gov-169 | LAWRENCE AUTOPSY PHOTO_1500046447 030 |
| Gov-170 | LAWRENCE AUTOPSY PHOTO_1500046447 031 |
| Gov-171 | LAWRENCE AUTOPSY PHOTO_1500046447 040 |
| Gov-172 | LAWRENCE AUTOPSY PHOTO_1500046447 041 |

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-174 | LAWRENCE AUTOPSY PHOTO_1500046447 044 |
| Gov-175 | LAWRENCE AUTOPSY PHOTO_1500046447 045 |
| Gov-176 | LAWRENCE AUTOPSY PHOTO_1500046447 047 |
| Gov-179 | 2015-12-09 DNA REPORT |
| Gov-180 | 2016-01-14 SUPPLEMENTAL DNA REPORT |
| Gov-181 | 2016-01-15 SUPPLEMENTAL DNA REPORT II |
| Gov-182 | 2016-02-10 SUPPLEMENTAL DNA REPORT IV |
| Gov-184 | 2016-06-28 SUPPLEMENTAL DNA REPORT V |
| Gov-187 | 2016-11-01 SUPPLEMENTAL DNA REPORT |
| Gov-191 | 2019-03-06 SUPPLEMENTAL DNA REPORT IX |
| Gov-193 | 2015-11-24 LATENT PRINT EXAMINATION REPORT |
| Gov-194 | 2016-02-02 LATENT PRINT EXAMINATION SUPPLEMENTAL REPORT |
| Gov-196 | 2016-10-25 LATENT PRINT EXAMINATION SUPPLEMENTAL REPORT |
| Gov-197 | 2016-10-27 LATENT PRINT EXAMINATION REPORT |
| Gov-199 | 2022-12-29 LATENT PRINT REPORT SUPPLEMENT REPORT |
| Gov-202 | AT&T Toll Records.PLACEHOLDER |
| Gov-203 | Sprint Toll Records.PLACEHOLDER |
| Gov-204 | T-Mobile Toll Records.PLACEHOLDER |
| Gov-205 | PARKS SUMMARY CHART 2038509442_EDWARD PARKS |
| Gov-206 | PARKS SUMMARY CHART 4756554831_ERICK GOMEZ |
| Gov-208 | PARKS CAST ANALYSIS - FINAL |
| Gov-212 | 2018-12-04 JOSE COVINGTON PHOTO ARRAY |
| Gov-213 | CONTACTS - SAMSUNG GALAXY |
| Gov-216 | 2019-12-04 CARR PLEA AGREEMENT |
| Gov-217 | 2019-12-04 RAYQUAN CARR COOPERATION AGREEMENT |
| Gov-221 | Hamden 911 Audio - Jennifer Harrison 2015.11.17 |
| Gov-229 | BOWEN STREET MAP |
| Gov-230 | HAMDEN TO SHELTON MAP |
| Gov-231 | 203-909-8581 Tamar Lawrence Extraction Report Summary |
| Gov-232 | 475-655-4831 Erick Gomez Extraction Report Summary |
| Gov-233 | Toll Records Lavontaye Covington_203-848-9519.PLACEHOLDER |
| Gov-234 | Toll Records Lawrence Fredericks_203-600-5949.PLACEHOLDER |
| Gov-301 | NH SCENE PHOTO_IMG_3941 |
| Gov-302 | NH SCENE PHOTO_IMG_3944 |
| Gov-303 | NH SCENE PHOTO_IMG_3945 |
| Gov-304 | NH SCENE PHOTO_IMG_3947 |
| Gov-305 | NH SCENE PHOTO_IMG_3951 |
| Gov-306 | NH SCENE PHOTO_IMG_3961 |
| Gov-309 | NH SCENE PHOTO_IMG_3967 |
| Gov-310 | NH SCENE PHOTO_IMG_3969 |
| Gov-312 | NH SCENE PHOTO_IMG_9481 |
| Gov-315 | NH SCENE PHOTO_IMG_3972 |
| Gov-317 | NH SCENE PHOTO_IMG_3973 |
| Gov-318 | NH SCENE PHOTO_IMG_3974 |

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-319 | NH SCENE PHOTO_IMG_9474 |
| Gov-323 | NH SCENE PHOTO_IMG_3990 |
| Gov-325 | NH SCENE PHOTO_IMG_9476 |
| Gov-326 | NH SCENE PHOTO_IMG_9479 |
| Gov-327 | NH SCENE PHOTO_IMG_3980 |
| Gov-329 | NH SCENE PHOTO_IMG_9472 |
| Gov-332 | NH SCENE PHOTO_IMG_3979 |
| Gov-333 | NH SCENE PHOTO_IMG_3983 |
| Gov-336 | NH SCENE PHOTO_IMG_3993 |
| Gov-337 | NH SCENE PHOTO_IMG_3994 |
| Gov-338 | NH SCENE PHOTO_IMG_3997 |
| Gov-339 | NH SCENE PHOTO_IMG_3999 |
| Gov-340 | NH SCENE PHOTO_IMG_4000 |
| Gov-341 | NH SCENE PHOTO_IMG_4001 |
| Gov-342 | NH SCENE PHOTO_IMG_9462 |
| Gov-343 | NH SCENE PHOTO_IMG_9464 |
| Gov-344 | NH SCENE PHOTO_IMG_9465 |
| Gov-345 | NH SCENE PHOTO_IMG_9470 |
| Gov-347 | WILLIAMS SCENE PHOTO_IMG_4002.pdf |
| Gov-349 | WILLIAMS SCENE PHOTO_IMG_4006 |
| Gov-350 | WILLIAMS SCENE PHOTO_IMG_4007 |
| Gov-351 | NH SCENE PHOTO_IMG_4012 |
| Gov-353 | NH SCENE PHOTO_IMG_4019 |
| Gov-354 | NH SCENE PHOTO_IMG_4025 |
| Gov-356 | NH SCENE PHOTO_IMG_4030 |
| Gov-357 | NH SCENE PHOTO_IMG_4036 |
| Gov-358 | NH SCENE PHOTO_IMG_4041 |
| Gov-360 | NH SCENE PHOTO_IMG_4044 |
| Gov-361 | NH SCENE PHOTO_IMG_4045 |
| Gov-362 | NH SCENE PHOTO_IMG_4050 |
| Gov-363 | NH SCENE PHOTO_IMG_4052 |
| Gov-364 | NH SCENE PHOTO_IMG_4054 |
| Gov-365 | NH SCENE PHOTO_IMG_4055 |
| Gov-366 | NH SCENE PHOTO_IMG_4057 |
| Gov-367 | NH SCENE PHOTO_IMG_4058 |
| Gov-368 | NH SCENE PHOTO_IMG_6099 |
| Gov-369 | NH SCENE PHOTO_IMG_6101 |
| Gov-370 | ALCATEL PHONE INSIDE_IMG_9488 |
| Gov-371 | ALCATEL PHONE OUTSIDE_IMG_9489 |
| Gov-372 | LG PHONE BACK_IMG_9486 |
| Gov-373 | LG PHONE FRONT_IMG_9487 |
| Gov-380 | WILLIAMS AUTOPSY PHOTO_1518360_A01 |
| Gov-383 | WILLIAMS AUTOPSY PHOTO_1518360_A13 |
| Gov-385 | WILLIAMS AUTOPSY PHOTO_1518360_A15 |

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-386 | WILLIAMS AUTOPSY PHOTO_1518360_A16 |
| Gov-387 | WILLIAMS AUTOPSY PHOTO_1518360_A18 |
| Gov-388 | WILLIAMS AUTOPSY PHOTO_1518360_A19 |
| Gov-389 | WILLIAMS AUTOPSY PHOTO_1518360_A20 |
| Gov-390 | WILLIAMS AUTOPSY PHOTO_1518360_A21 |
| Gov-391 | WILLIAMS AUTOPSY PHOTO_1518360_A22 |
| Gov-392 | WILLIAMS AUTOPSY PHOTO_1518360_A25 |
| Gov-394 | WILLIAMS AUTOPSY PHOTO_1518360_A29 |
| Gov-395 | WILLIAMS AUTOPSY PHOTO_1518360_A30 |
| Gov-396 | WILLIAMS AUTOPSY PHOTO_1518360_A32 |
| Gov-397 | WILLIAMS AUTOPSY PHOTO_1518360_A33 |
| Gov-398 | WILLIAMS AUTOPSY PHOTO_1518360_A35 |
| Gov-400 | WILLIAMS AUTOPSY PHOTO_1518360_A46 |
| Gov-401 | WILLIAMS AUTOPSY PHOTO_1518360_A47 |
| Gov-402 | WILLIAMS AUTOPSY PHOTO_1518360_A48 |
| Gov-403 | WILLIAMS AUTOPSY PHOTO_1518360_A51 |
| Gov-404 | WILLIAMS AUTOPSY PHOTO_1518360_A52 |
| Gov-405 | WILLIAMS AUTOPSY PHOTO_1518360_A54 |
| Gov-406 | 2015-12-15 DNA REPORT |
| Gov-407 | 2016-01-12 SUPPLEMENTAL DNA REPORT II |
| Gov-409 | 2016-11-01 SUPPLEMENTAL DNA REPORT II |
| Gov-412 | 2015-12-08 EVIDENCE REPORT II |
| Gov-415 | 21 SHELTON_IMG_4792 |
| Gov-416 | 21 SHELTON_IMG_4793 |
| Gov-418 | 21 SHELTON _IMG_20221222_093519 |
| Gov-420 | 21 SHELTON BACK PORCH_IMG_20221222_093542 |
| Gov-421 | SHERMAN COURT ARIEL PHOTO 1 |
| Gov-422 | SHERMAN COURT ARIEL PHOTO 2 |
| Gov-423 | New Haven 911 Audio I Kelley Riley 2015.11.16 |
| Gov-425 | Stipulation |
| Gov-426 | Stipulation |
| Gov-427 | Stipulation |
| Gov-428 | Stipulation |
| Gov-429 | Stipulation |
| Gov-430 | Stipulation |
| Gov-432 | Stipulation |
| Def-500 | New Haven PD CI Agreement – J. Covington |
| Def-501 | Photo – Raquan Carr |
| Def-502 | Series of Carr Facebook Posts from 11/16/15 |
| Def-504 | 11/18/15 Carr Facebook Post |

1/18/23 [signature]

1-18-23 / [signature] (Defense Counsel)