✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Connecticut

USA

V.

Edward Michael Parks

**EXHIBIT AND WITNESS LIST**

Case Number: 3:19-cr-00299-KAD-1

| PRESIDING JUDGE<br>Kari A. Dooley | PLAINTIFF'S ATTORNEY<br>Durham, Gentile, Garbarsky | DEFENDANT'S ATTORNEY<br>Bussert, Frost Jr. |
|---|---|---|
| TRIAL DATE (S)<br>1/9/2023-1/19/2023 | COURT REPORTER<br>Tracy Gow and Cassie Zayas | COURTROOM DEPUTY<br>Kristen Gould |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 1/18/2023 | | | Court Exhibit 1 Jury Note |
| | | 1/19/2023 | | | Court Exhibit 2 Jury Note |
| | | 1/19/2023 | | | Court Exhibit 3 Jury Note |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages